UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

---

**Peerless Insurance Company a/s/o Bethany Commons, LLC, et al.**
            *Plaintiffs*             Docket No. 1:09-cv-121-LM

- v. -

**Lennox Industries, Inc., Warren Technology, Inc., and USI-Ultra Services, Inc.**
            *Defendants*

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action hereby stipulate that said action be dismissed without prejudice only with regard to the action against Lennox Industries and Warren Technology, Inc, under Docket No. 1:09-cv-121-JM. The action against USI-Ultra Services, Inc., and the primary action against NuTone, Docket No. 1:08-cv-81-PB, still remain.

The parties shall pay their own costs and attorneys' fees associated with this dismissal.

            Respectfully submitted,

            **Peerless Insurance Company a/s/o Bethany Commons, LLC; et al.**

            By their Attorneys,

Dated: July 6, 2010            By: ___/s/ Andrew D. Dunn___
                                                 Andrew D. Dunn, Esquire (NH Bar #696)
                                                 Devine, Millimet & Branch, P.A.
                                                 111 Amherst Street
                                                 Manchester, NH  03105-0719
                                                 (603) 669-1000
                                                 ADunn@DevineMillimet.com

        Mary Ann Dempsey, Esquire
        Wiggin & Nourie, P.A.
        670 N Commercial St, Ste 305
        PO Box 808
        Manchester, NH 03105-0808
        (603) 669-2211
        mdempsey@wiggin-nourie.com

        and

        Virginia M. Markovich, Esquire
        CLAUSEN MILLER, P.C.
        One Chase Manhattan Plaza
        39th Floor
        New York, New York 10005
        (212) 805-3900
        vmarkovich@clausen.com

SO ORDERED, this 7th day of July, 2010

        /s/ Landya B. McCafferty
        Magistrate Judge Landya B. McCafferty
        United States District Court

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

    Frank W. Beckstein, Esquire – FBeckstein@NKMS.com
    Mary Ann Dempsey – mdempsey@wiggin-nourie.com
    Christopher A. Duggan – chris.duggan@smithduggan.com
    David W. Johnston, Esquire – johnstond@dejlawfirm.com
    Lee Stephen MacPhee, Esquire – LMacPhee@MorrisonMahoney.com
    Virginia M. Markovich – vmarkovich@clausen.com
    Gordon A. Rehnborg, Jr. – grehnborg@wiggin-nourie.com
    Tamara Lee Ricciardone – tricciardone@smithduggan.com
    Arpiar G. Saunders, Jr. – asaunders@shaheengordon.com

Dated:  July 6, 2010                    By:   /s/ Andrew D. Dunn
                                                       Andrew D. Dunn, Esquire (NH Bar #696)
                                                       ADunn@DevineMillimet.com

J:\WDOX\DOCS\CLIENTS\004990\079569\M1623454.DOC